JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORIENT OVERSEAS CONTAINER LINE LIMITED and OOCL (USA) INC., <br><br>Plaintiff(s), <br><br>-against- <br><br>ROSE CONTAINER LINE, <br><br>Defendant(s). | 07 CIV _____ <br><br>**07 CV 10347** <br><br>RULE 7.1 STATEMENT <br><br>NOV 15 2007 <br>U.S.D.C. S.D.N.Y. <br>CASHIERS |

PLEASE TAKE NOTICE that JORGE A. RODRIGUEZ, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiffs, ORIENT OVERSEAS CONTAINER LINE LIMITED and OOCL (USA) INC., (collectively "OOCL"), certifies that ORIENT OVERSEAS (INTERNATIONAL) LIMITED is a corporate parent, and/or affiliate of Plaintiffs.

Dated: New York, New York

November 9, 2007

                                      MAHONEY & KEANE, LLP
                                      Attorneys for Plaintiffs
                                      ORIENT OVERSEAS CONTAINER LINE
                                      LIMITED and OOCL (USA) INC.

By: _____
                                      Jorge A. Rodriguez (JR 2162)
                                      111 Broadway, Tenth Floor
                                      New York, New York 10006
                                      Tel (212) 385-1422
                                      Fax (212) 385-1605
                                      Our File No. 12/3491/B/07/10

## SERVICE LIST

ROSE CONTAINER LINE  
259 W. 30th Street, 12th Floor  
New York, NY 10013

ROSE CONTAINER LINE  
181 Hudson Street, #2F  
New York, NY 10013