AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT** |
| EFFECTED (1) BY ME: | **MALGORZATA SLADEK** |
| TITLE: | **PROCESS SERVER**    DATE: **11/26/2007 01:34PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

ROSE CONTAINER LINE

Place where served:

259 W. 30TH STREET  12TH FLOOR NEW YORK NY 100##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

NEAL ROSENBERG

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: OVER 6'   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11 /26/20 07

_____ L.S.
SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

11/26/07

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

| | |
|---|---|
| ATTORNEY: | JORGE A. RODRGIUEZ, ESQ. |
| PLAINTIFF: | ORIENT OVERSEAS CONTAINER LINE LIMITED, ET AL |
| DEFENDANT: | ROSE CONTAINER LINE |
| VENUE: | DISTRICT OF NY |
| DOCKET: | 07 CIV 10347 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.