KAPLAN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Orient Overseas Container Line Limited,
et ano.,
                          Plaintiff(s),
            v.                                                      07-cv-10347 (LAK)

Rose Container Line,
                          Defendant(s).
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08

Consent Scheduling Order

Upon Consent of the parties, it is hereby

ORDERED as follows:

1. No additional parties may be joined after March 31, 2008.

2. No amendments to the pleadings will be permitted after March 31, 2008.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

   (a) Expert witnesses on or before April 20, 2008.

   (b) Rebuttal expert witnesses on or before April 20, 2008.

4. All discovery, including any depositions of experts, shall be completed on or before May 6, 2008.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before June 16, 2008.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: January 7, 2008

_____
Lewis A. Kaplan
United States District Judge

CONSENTED TO: [signatures of all counsel]

_____ WS 5672
William C. Shayne, Shayne Law Group
Attorney for Defendant

_____
Jorge A. Rodriguez, Mahoney + Keane
Attorney for Plaintiffs

RECEIVED
JAN 07 2008
JUDGE KAPLAN'S CHAMBERS