UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIENT OVERSEAS CONTAINER LINE
LIMITED and OOCL (USA) INC.,

　　　　　　　Plaintiff(s),

-against-

ROSE CONTAINER LINE,

　　　　　　　Defendant(s).

1:07-cv-10347 (Kaplan)

NOTICE OF

DISMISSAL PURSUANT TO

FED. R. CIV. P. 41(a)(1)

　　　　PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs hereby

voluntarily dismiss all claims against Defendant with prejudice.

Dated: New York, New York

　　　April 7, 2008

　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　MAHONEY & KEANE, LLP
　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　ORIENT OVERSEAS CONTAINER LINE
　　　　　　　　　　　LIMITED and OOCL (USA) INC.

By: _____
　　　　　　　　　　　Jorge A. Rodriguez (JR 2162)
　　　　　　　　　　　111 Broadway, Tenth Floor
　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　Tel (212) 385-1422
　　　　　　　　　　　Fax (212) 385-1605
　　　　　　　　　　　Our File No. 12/3491/B/07/10