*Kaplan (S)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORIENT OVERSEAS CONTAINER LINE LIMITED and OOCL (USA) INC., | 1:07-cv-10347 (Kaplan) |
| Plaintiff(s), | |
| -against- | NOTICE OF |
| | DISMISSAL PURSUANT TO |
| ROSE CONTAINER LINE, | FED. R. CIV. P. 41(a)(1) |
| Defendant(s). | |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs hereby voluntarily dismiss all claims against Defendant <u>with prejudice</u>.

Dated: New York, New York

April 7, 2008

RECEIVED APR 1 1 2008 JUDGE KAPLAN'S CHAMBERS

Respectfully submitted,

MAHONEY & KEANE, LLP
Attorneys for Plaintiffs
ORIENT OVERSEAS CONTAINER LINE
LIMITED and OOCL (USA) INC.

By: _____
Jorge A. Rodriguez (JR 2162)
111 Broadway, Tenth Floor
New York, New York 10006
Tel (212) 385-1422
Fax (212) 385-1605
Our File No. 12/3491/B/07/10

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

4/11/08

- 1 -